S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@fbtlaw.com
JACOB M. CLARK (CA Bar No. 266630)
jclark@fbtlaw.com
FROST BROWN TODD LLP
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel:  (714) 852-6800
Fax: (714) 852-6899

Attorneys for Defendants
KERING AMERICAS, INC. and AETNA LIFE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Healthcare Ally Management of California, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>Kering Americas, Inc., Aetna Life Insurance Co. and DOES 1-10,<br><br>  Defendant. | **CASE NO.:** 2:23-cv-00061 SPG(MRWx)<br><br>**JUDGE:** Sherilyn Peace Garnett<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>**(L.R. 40-2)**<br><br>**ACTION FILED:** June 7, 2022<br><br>(Superior Court of California, County of Los Angeles, Case No. 22STCV18612) |

///

///

///

**TO THE HONORABLE SHERILYN PEACE GARNETT, UNITED STATES DISTRICT COURT JUDGE, AND ALL PARTIES REQUIRING NOTICE:**

Pursuant to Local Rule 40-2, notice is hereby given that plaintiff Healthcare Ally Management of California, LLC ("Plaintiff") and defendants Aetna Life Insurance Company ("Aetna") and Kering Americas, Inc. ("Kering," and collectively "Defendants") have settled the above-captioned matter as to the entire case. The parties request that the Court grant sixty (60) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time to complete settlement.

DATED: February 14, 2023   LAW OFFICE OF JONATHAN A. STIEGLITZ

By: /s/ Jonathan A. Stieglitz
    JONATHAN A. STIEGLITZ
    Attorneys for Plaintiff
    HEALTHCARE ALLY MANAGEMENT
    OF CALIFORNIA. LLC

DATED: February 14, 2023   FROST BROWN TODD LLP

By: /s/ S. Christopher Yoo
    S. CHRISTOPHER YOO
    JACOB M. CLARK
    Attorneys for Defendants
    KERING AMERICAS, INC. and AETNA
    LIFE INSURANCE COMPANY

///

///

///

FROST BROWN TODD LLP
SANTA ANA

## **SIGNATURE ATTESTATION**

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

DATED: February 14, 2023             FROST BROWN TODD LLP


By: /s/ S. Christopher Yoo
    S. CHRISTOPHER YOO
    JACOB M. CLARK
    Attorneys for Defendants
    KERING AMERICAS, INC. and AETNA LIFE INSURANCE COMPANY

FROST BROWN TODD LLP
SANTA ANA

AS15435.0868260  4887-5412-2321v1
5114960.1 -- NRGM35.1

3
JOINT NOTICE OF SETTLEMENT