1
2
3
4
5
6
7
8
9

JS-6

10
11
12

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

13    Healthcare Ally Management of
      California, LLC

14                    Plaintiff,

15    v.

16    Kering Americas, Inc., et al and DOES
      1-10,

17

18                    Defendants.

19

Case No.: 2:23-cv-00061-SPG-MRW

**ORDER ON STIPULATION OF
DISMISSAL OF ENTIRE ACTION
WITH PREJUDICE**

20
21
22
23
24
25
26
27
28

1    Based on the Stipulation of Defendant, Kering Americas, Inc., and Aetna Life

2   Insurance Company (hereinafter, collectively, "DEFENDANTS"), and Plaintiff,

3   Healthcare Ally Management of California, LLC,

4        It is **HEREBY ORDERED** as follows:

5        1.    The above-entitled action, Case No. 2:23-cv-00061-SPG-MRW, is

6              dismissed in its entirety with prejudice pursuant to Federal Rule of

7              Civil Procedure 41(a)(1); and

8        2.    Each party shall bear their own costs and fees.

9        **IT IS SO ORDERED.**

10

11   Dated:  April 3, 2023                    By: _____

12                                            HON. SHERILYN PEACE GARNETT
                                              UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28